

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2015

No. 04-15-00124-CR

Hector **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894
The Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

Court reporter Erminia Uviedo has filed a notification of late record, stating that Ramirez has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER Ramirez to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) he is entitled to appeal without paying the reporter's fee. If Ramirez fails to respond within the time provided, his brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court